COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-244-
CV

IN RE MATTHEW THOMAS CLARKE RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and all responses and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL B
: HOLMAN, LIVINGSTON, and DAUPHINOT, JJ.

LIVINGSTON, J. would grant petition.

DELIVERED: October 3, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.